UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA VIDETTE ENNIS, | Case No. 5:18-01816 FMO (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MOLLY HILL, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all pleadings, records, and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated July 2, 2019. [Dkt. No. 11]. No objections to the Report and Recommendation were filed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 11] is accepted;

2. The Motion to Dismiss [Dkt. No. 6] is granted;

3. The case is dismissed with prejudice; and

4.     Judgment is to be entered accordingly.

DATED: August 9, 2019             _____/s/_____
                                  HONORABLE FERNANDO M. OLGUIN
                                  United States District Judge