JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RITA VIDETTE ENNIS, | Case No. 5:18-01816 FMO (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| MOLLY HILL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 9, 2019                  _____/s/_____
HONORABLE FERNANDO M. OLGUIN
United States District Judge